## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**NAKIA S. GIBBS, et al.**                                                                 **PLAINTIFFS**
**ADC #132769**

**v.**          **4:21-CV-01021-BSM**
            **4:21-CV-01022-BSM**
            **4:21-CV-01023-BSM**
            **4:21-CV-01024-BSM**
            **4:21-CV-01025-BSM**
            **4:21-CV-01026-BSM**
            **4:21-CV-01027-BSM**
            **4:21-CV-01028-BSM**
            **4:21-CV-01029-BSM**
            **4:21-CV-01030-BSM**
            **4:21-CV-01031-BSM**
            **4:21-CV-01032-BSM**
            **4:21-CV-01034-BSM**
            **4:21-CV-01035-BSM**
            **4:21-CV-01036-BSM**
            **4:21-CV-01037-BSM**
            **4:21-CV-01038-BSM**
            **4:21-CV-01039-BSM**
            **4:21-CV-01040-BSM**
            **4:21-CV-01041-BSM**
            **4:21-CV-01042-BSM**
            **4:21-CV-01043-BSM**
            **4:21-CV-01044-BSM**
            **4:21-CV-01045-BSM**
            **4:21-CV-01046-BSM**
            **4:21-CV-01047-BSM**
            **4:21-CV-01048-BSM**
            **4:21-CV-01049-BSM**
            **4:21-CV-01050-BSM**
            **4:21-CV-01051-BSM**
            **4:21-CV-01052-BSM**
            **4:21-CV-01053-BSM**
            **4:21-CV-01054-BSM**
            **4:21-CV-01055-BSM**
            **4:21-DCV-01056-BSM**

              **4:21-CV-01059-BSM**
              **4:21-CV-01060-BSM**
              **4:21-CV-01061-BSM**
              **4:21-CV-01062-BSM**
              **4:21-CV-01063-BSM**

**GARY M. ARNOLD,** *et al.*               **DEFENDANTS**

## ORDER

  Any request to be dismissed from this lawsuit should be filed by each individual plaintiff on his own behalf. *See* FED. R. CIV. P. 41. The motion should be signed by the individual requesting dismissal.

  IT IS SO ORDERED this 30th day of November, 2021.

                    */s/ Brian S. Miller*
                 UNITED STATES DISTRICT JUDGE